BENJAMIN B. WAGNER
United States Attorney
WILLIAM S. WONG
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile:  (916) 554-2900

Attorneys for Plaintiff
United States of America

**FILED**
Jan 21, 2016
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| IN RE SEARCH OF 1) 222 KELLY MIST LANE, TRACY, CA 95337; 2) 2003 CHEVROLET AVALANCHE C1500; 3) 2004 CHEVROLET IMPALA; 4) MARVIN DANIELS; 5) KAMERON DANIELS | NO. 2:14-sw-00493 CKD<br><br>MOTION AND [PROPOSED] ORDER TO UNSEAL SEARCH WARRANT AND RELATED MATERIALS |

Good cause appearing, it is hereby ORDERED that (1) the Motion to Seal the Search Warrant, (2) the Sealing Order, and (3) the Search Warrant previously filed under seal in case number 2:14-SW-0493 EFB, pursuant to the order of this Court dated August 22, 2014, be unsealed. It is further ORDERED that the attached redacted version of the Application and Affidavit of Jonathan Reader filed in support of the Search Warrant be unsealed. It is further ORDERED that Marvin Daniels may receive a copy of the un-redacted Application and Affidavit of Jonathan Reader filed in support of the Search Warrant, which otherwise remains under seal.

DATED: Jan 4, 2016

HON. KENDALL J. NEWMAN
United States Magistrate Judge

MOT. AND [PROPOSED] ORDER TO UNSEAL
NO. 2:14-SW-0493 EFB